UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN KNIGHT LEWIS,

      Plaintiff,

  v.

STATE OF WASHINGTON *et al.*,

      Defendants.

Case No. C08-5523FDB/JKA

ORDER TO PROVIDE SERVICE DOCUMENTS

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has provided no service documents. He names three defendants. Plaintiff will have until October 10, 2008, to provide three copies of the complaint and filled out Marshal Service Forms.

The clerk's office is directed to send a copy of this order to plaintiff.

DATED this 10 day of September, 2008.

                       /S/ *J. Kelley Arnold*
                       J. Kelley Arnold
                       United States Magistrate Judge