UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN KNIGHT LEWIS,

    Plaintiff,

v.

STATE OF WASHINGTON *et al.,*

    Defendants.

Case No. C08-5523FDB/JKA

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR A CONTINUANCE

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Defendants have filed two motions to dismiss this action (Dkt. # 19 and 20). In response, plaintiff asks for a 90-day continuance of the motions. The reason for the continuance is that he is incarcerated at the county jail (Dkt. # 23).

Plaintiff claims his access to law materials is limited but does not provide any details (Dkt. # 23). Plaintiff has not shown good cause for a continuance. Further, the motion to dismiss was filed and served January 20, 2009 (Dkt. # 19). Thus, plaintiff has had four weeks to respond.

Plaintiff's motion is **GRANTED IN PART.** Plaintiff will have until **March 6, 2009,** to file a response. Defendants will have until **March 20, 2009,** to reply. The motions to dismiss, (Dkt. # 19 and 20), will be re-noted for March 20, 2009.

The clerk's office is directed to send a copy of this order to plaintiff.

DATED this 23 day of February, 2009.

                /S/ *J. Kelley Arnold*
                J. Kelley Arnold
                United States Magistrate Judge