UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KNIGHT LEWIS,<br><br>               Plaintiff,<br><br>     v.<br><br>SIDNEY CLARK, et al.,<br><br>               Defendant. | CASE NO. C08-5523FDB/JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

This 42 §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and 636(b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

Defendant filed a motion for summary judgment on January 29, 2010 (Dkt. # 56). That matter was noted for February 26, 2010, and is now before the court. In response to the motion, plaintiff filed an untimely motion for an extension of time (Dkt. # 57). Defendant opposes the extension of time (Dkt. # 58). Plaintiff has not shown good cause for further delay of defendants' motion. The motion for an extension of time is DENIED.

The Clerk of Court is directed to send a copy of this Order to plaintiff.

DATED this 24th day of March 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1