UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KNIGHT LEWIS,<br><br>                  Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                  Defendants. | No. C08-5523 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

      This matter comes before the Court on the Magistrate Judge's recommendation that the sole remaining Defendant in this prisoner civil rights action be granted summary judgment. Plaintiff has not filed an objection to the Report and Recommendation.

      As detailed in the Report and Recommendation, Defendant Sidney Clark is not responsible for the harm of which Plaintiff complains. Nor has Plaintiff established a basis for injunctive relief.

      The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation;

      (2)    Defendant's motion for Summary Judgment is GRANTED.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 3rd day of May, 2010.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2