# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHEN KNIGHT LEWIS,

        v.

STATE OF WASHINGTON, *et al.*,

JUDGMENT IN A CIVIL CASE

No. C08-5523 RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    Defendant's motion for Summary Judgment is GRANTED.

| May 4, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

*s/ Mary Trent*
Deputy Clerk